IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| COSSAUNDRIA EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:13cv780-MHT |
| | ) | (WO) |
| MONTGOMERY COUNTY BOARD OF EDUCATION, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that the motion for leave to designate expert witness and amend scheduling order (Doc. No. 21) is denied.

***

Here, the movant is essentially seeking extensions of time.  This court has made clear that, "A request or motion for extension of a deadline in any court order ... must indicate that movant has, in a timely manner, previously contacted counsel for all other parties; and ..., based on that contact, must state whether counsel for all other parties agree to or oppose the extension request

or motion," and that, "A request or motion that fails to meet this requirement will be denied outright, unless the movant offers a credible explanation in the request or motion why this requirement has not been met." Scheduling Order (Doc. No. 12), § 15(B).  Movant here has failed to comply with this requirement.

Moreover, "Absent stated unforeseen and unavoidable circumstances beyond the control of the movant, ... 'eleventh hour' extension requests and motions will be denied outright."  Id. The movant has failed to offer any explanation as to why this motion was filed after the movant's expert-witness-exchange deadline.

DONE, this the 16th day of June, 2014.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE