IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| COSSAUNDRIA EDWARDS,              )<br>                                   )<br>     Plaintiff,                   )<br>                                   )<br>     v.                            )<br>                                   )<br>MONTGOMERY COUNTY BOARD OF         )<br>EDUCATION, et al.,                )<br>                                   )<br>     Defendants.                   ) | CIVIL ACTION NO.<br>   2:13cv780-MHT<br>        (WO) |

### JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The defendants' motion for summary judgment (doc. no. 40) is granted as to all federal claims and denied as to all state claims.

(2) Judgment is entered in favor of the defendants and against the plaintiff as to all federal claims, with the plaintiff taking nothing by her complaint as to her federal claims.

(3) The plaintiff's state claims are dismissed without prejudice and with leave to refile in state court.

It is further ORDERED that all other pending motions are denied as moot.

It is further ORDERED that costs are taxed against the plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 23rd day of February, 2015.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**